No. 78. COX ET AL. *v.* THOMPSON ET AL.; and

No. 204. THOMPSON ET AL. *v.* PARK SAVINGS BANK ET AL. October 10, 1938. Petitions for writs of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Joseph T. Sherier, Otis Beall Kent, J. S. Flannery,* and *A. A. Hoehling, Jr.* for petitioners in No. 78. *Messrs. Sherier, Kent, Flannery,* and *Adolph A. Hoehling* for respondents in No. 204. *Messrs. E. Hilton Jackson, William E. Richardson, J. Bruce Kremer,* and *Herbert M. Bing-*

*ham* for respondents in No. 78. *Messrs. E. Hilton Jackson* and *William E. Richardson* for petitioners in No. 204. Reported below: No. 204, 68 App. D. C. 272; 96 F. 2d 544.